UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RYAN,

        Plaintiff,                                 Case Number 21-11453

v.                                                  Honorable David M. Lawson

MACKINAC FINANCIAL CORPORATION,
WALTER J. ASPATORE, ROBERT HARRIS
ORLEY, RANDOLPH C. PASCHKE, MARTIN
A. THOMSON, PAUL D. TOBIAS, DAVID R.
STEINHARDT, DENNIS B. BITTNER,
JOSEPH D. GAREA, and KELLY W. GEORGE,

        Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 27, the plaintiff filed a notice voluntarily dismissing the case without prejudice under Federal Rule of Civil Procedure 41(a)(1).  No answer to the complaint or motion for summary judgment has been filed.  The case, therefore, will be dismissed.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

                                                                s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Dated:  August 27, 2021